**1**

Lydia SHREWSBURY, Plaintiff in Error, v. UNITED STATES, Defendant in Error. (Circuit Court of Appeals, Fourth Circuit. April 9, 1925.) No. 2359. In Error to the District Court of the United States for the Northern District of West Virginia, at Wheeling. O'Brien & O'Brien, of Wheeling, W. Va., for plaintiff in error. T. A. Brown, U. S. Atty., and T. M. McIntire, Sp. Asst. U. S. Atty., both of Parkersburg, W. Va.

PER CURIAM. Case dismissed, under rule 20, per agreement of attorneys.

---

**2**

Russell SMITH, as Receiver, etc., Appellant, v. ROYAL INDEMNITY CO. et al. (Circuit Court of Appeals, Eighth Circuit. November 10, 1924.) No. 6676. Appeal from the District Court of the United States for the District of Minnesota. Jay W. Smith, of Minneapolis, Minn., for appellant. Stan D. Donnelly and Warren Newcombe, of St. Paul, Minn., for appellees.

PER CURIAM. Appeal dismissed with prejudice to appellant, without costs to either party in this court, per stipulation of parties.

---

**3**

SOUTHERN RAILWAY COMPANY, Plaintiff in Error, v. J. H. GRIMES, Administrator of Lowe McNabb, Defendant in Error. (Circuit Court of Appeals, Sixth Circuit. June 10, 1925.) No. 4328. In Error to the District Court of the United States for the Eastern District of Tennessee; Xenophon Hicks, Judge. Charles H. Smith, of Knoxville, Tenn., for plaintiff in error. H. G. Fowler, of Knoxville, Tenn. (Fowler & Fowler, of Knoxville, Tenn., on the brief), for defendant in error. Before DENISON, DONAHUE, and MOORMAN, Circuit Judges.

PER CURIAM. We are not able to say that there was no evidence from which the jury had the right to infer that the engineer should, in the exercise of due care, have given some warning to McNabb. We observe that at what may have been a distance of 100 or 150 feet and over a time interval of two or three seconds it was necessarily apparent to the engineer that all the others of the section gang, including the one 3 feet from McNabb, had jumped back out of the way, but that McNabb continued to pay no attention and was apparently oblivious, and was therefore apparently in peril. While the time involved was very short, McNabb had to move only a few inches to be safe, and it may be that there was time enough for a whistle blast to "galvanize him into action." The circumstances are unique. There is no controversy about the general legal rules. Applying them to these particular facts, we cannot reverse the judgment on the sole ground now urged, and it is affirmed.

---

**4**

Agnes SPAETH et al., Appellants, v. John H. PAUL. (Circuit Court of Appeals, Eighth Circuit. March 24, 1925.) No. 6752. Appeal from the District Court of the United States for the District of Wyoming. William C. Kinkead, C. R. Ellery, and H. B. Henderson, Jr., all of Cheyenne, Wyo., for appellants. E. Paul Bacheller, of Casper, Wyo., and Harold I. Bacheller, of Lusk, Wyo., for appellee.

PER CURIAM. Appeal dismissed, without costs to either party in this court, per stipulation of parties.

---

**5**

Dora TALBERT, Plaintiff in Error, v. UNITED STATES, Defendant in Error. (Circuit Court of Appeals, Fourth Circuit. April 16, 1925.) No. 2374. In Error to the District Court of the United States for the Southern District of West Virginia, at Charleston. J. Raymond Gordon, of Charleston, W. Va., for plaintiff in error. B. J. Pettigrew, Asst. U. S. Atty., of Charleston, W. Va.

PER CURIAM. Order docketing and dismissing case under rule 16 filed.

---

**6**

Jordan W. TAYLOR, Appellant, v. L. C. MASSEY, Sheriff of Kanawha County, West Virginia, Appellee. (Circuit Court of Appeals, Fourth Circuit. April 16, 1925.) No. 2376. Appeal from the District Court of the United States for the Southern District of West Virginia, at Charleston. J. Raymond Gordon, of Charleston, W. Va., for appellant. B. J. Pettigrew, Asst. U. S. Atty., of Charleston, W. Va., for appellee.

PER CURIAM. Order docketing and dismissing cause under rule 16 filed.

---

**7**

TUCKER MANUFACTURING CO., a Copartnership, etc., Appellant, v. UNIVERSAL MANUFACTURING CO. et al. (Circuit Court of Appeals, Eighth Circuit. April 4, 1925.) No. 6941. Appeal from the District Court of the United States for the District of Nebraska. Percy S. Webster, of Stockton, Cal., and C. F. Reavis and M. V. Beghtol, both of Lincoln, Neb., for appellant. M. H. Wittstruck, of Lincoln, Neb., for appellees.

PER CURIAM. Appeal dismissed without prejudice, per stipulation of parties, etc.